[No. 71367-1-I.   Division One.   March 10, 2014.]

*In the Matter of the Personal Restraint of* JAMES CURTIS ROWLEY, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.

[Nos. 42989-6-II; 43352-4-II.   Division Two.   March 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CRAIG WILSON, *Appellant.*

*In re Personal Restraint of* DANIEL CRAIG WILSON, *Petitioner.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00744-6, Russell W. Hartman, J., entered December 23, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 43040-1-II.   Division Two.   March 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE GERARD BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03594-0, Frank E. Cuthbertson, J., entered February 3, 2012. *Remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Bjorgen, JJ.